IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 19-192 |
| RANDY LEE SWACKHAMMER | : | FILED UNDER SEAL |

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 19-519 |
| JOHN KRAWCZYK | : | FILED UNDER SEAL |

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 19-558 |
| ESTHER DILLER | : | FILED UNDER SEAL |

## ORDER

AND NOW, this 19th day of November 2019, it is **ORDERED** a telephone status conference will be held with counsel on **Monday, December 2, 2019** at **9:00 A.M.** Counsel for the United States' shall initiate the call and contact Chambers at 267-299-7680 when all counsel are on the line.

_____
KEARNEY, J.