# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 19-192 |
| RANDY LEE SWACKHAMMER | : | **FILED UNDER SEAL** |

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 19-519 |
| JOHN KRAWCZYK | : | **FILED UNDER SEAL** |

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 19-558 |
| ESTHER DILLER | : | **FILED UNDER SEAL** |

## ORDER

**AND NOW**, this 21st day of November 2019, upon considering the November 21, 2019 Letter seeking a continuance of our December 2, 2019 telephone conference, it is **ORDERED** the December 2, 2019 telephone status conference is **rescheduled** for **Tuesday, December 3, 2019** at **8:45 A.M.** Counsel for the United States' shall initiate the call and contact Chambers at 267-299-7680 when all counsel are on the line.

_____
KEARNEY, J.