IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **NO. 19-519** |
| | : | |
| **JOHN KRAWCZYK** | : | **FILED UNDER SEAL** |

**ORDER**

**AND NOW**, this 3rd day of December 2019, upon considering the United States's unopposed Request to continue sentencing and following today's telephone conference, it is **ORDERED Sentencing** is **RESCHEDULED** for **Friday, April 24, 2020** at **10:00 a.m.**, in courtroom 6B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**IT IS FURTHER ORDERED** as follows:

1. The parties shall exchange copies of all documents at the same time each provides them to the United States Probation Office for preparation of the Presentence Investigation Report. All objections to the Presentence Investigation Report must be sent to the probation officer in advance of sentencing;

2. The parties shall file and serve sentencing memoranda which set forth any factual and legal authority upon which they will rely at sentencing no later than **Friday, April 17, 2020** and any response thereto must be filed no later than **Wednesday, April 22, 2020**;

3. Any motions under '5K1.1 of the United States Sentencing Guidelines and/or 18 U.S.C. '3553(e) shall be filed and served no later than **Friday, April 17, 2020**;

4. If a defendant is responsible for restitution, the government must submit sufficient information in its sentencing memorandum to enable the Court to determine entitlement, the name and the address of each victim, the amount of loss for each victim, and documentary support for each amount. If liability for restitution is joint and several, the government shall itemize the restitution amount for which each defendant is responsible;

5. Motions for preliminary order of forfeiture as to the defendant, if any, shall be filed no later than **Friday, April 17, 2020**; and

6. One copy of each sentencing memorandum, motion and response shall be served on the Court (Chambers, Room 6613) <u>and</u> the United States Probation Office. Counsel shall submit

any letters for the Court's consideration prior to sentencing by emailing the letters to chambers_of_judge_kearney@paed.uscourts.gov.

_____
KEARNEY, J.