

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Adam G. Yoffie*
*Direct Dial: (202) 768-3130*
*Facsimile: (215) 861-8618*
*E-mail Address: adam.yoffie@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, PA 19106-4476*
*215-861-8200*

December 17, 2019

**HAND DELIVERY**

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    United States v. John Krawczyk (19-CR-519)

Dear Clerk:

    Please unimpound the Information in regard to the above-captioned case on **Tuesday, December 17, 2019**.

    Very truly yours,

    WILLIAM M. MCSWAIN
    United States Attorney

    Adam G. Yoffie
    DOJ Trial Attorney

Cc:

    Honorable Mark A. Kearney (via e-mail)
    Hope C. Lefeber, Esq. (via e-mail)