IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: 3/17/2020 |
| vs. | : | |
| JOHN KRAWCZYK<br>704 Ross Drive<br>Feasterville Trevose PA 19053 | : | Criminal No. 19-519 |

**TAKE NOTICE** that the above-entitled case has been set for <u>Sentencing</u> in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on <u>Friday, April 24, 2020</u> at <u>10:00 a.m.</u> before the Honorable <u>M a r k  A.  K e a r n e y</u>, in <u>courtroom 6B, 6th floor</u>.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

NO INTERPRETER REQUIRED
THIS PROCEEDING HAS BEEN RESCHEDULED FROM,

Very truly yours,

*/s/ Ulrike Hevener*

Ulrike Hevener
Deputy Clerk to Judge Kearney


Notice to:
Defendant
Defense Counsel
A.U.S.A.
U.S. Marshal
Probation Office
Pretrial Services
Crystal Wardlaw

Cr 4 (rev. 8/97)