# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 19-519** |
| | : | |
| **JOHN KRAWCZYK** | : | |

## ORDER

**AND NOW**, this 17th day of March 2020, upon considering Defendant's Request to continue the April 24, 2020 sentencing without good cause at this stage as we remind counsel memoranda is not due for several weeks and there is no articulated basis today to adjourn hearings scheduled in five weeks involving a limited number of persons presently not affected by COVID-19, it is **ORDERED** the Request is **DENIED without prejudice** to be renewed with specific grounds after April 1, 2020.

**KEARNEY, J.**