IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 19-cr-519 |
| JOHN KRAWCZYK | : | |


<u>WITHDRAWAL OF APPEARANCE</u>

Kindly withdraw my appearance on behalf of the United States of America.  DOJ Trial Attorney Debra Jaroslawicz will serve as lead counsel.

WILLIAM M. MCSWAIN
UNITED STATES ATTORNEY


*/s/ Adam G. Yoffie*
Adam G. Yoffie
DOJ Trial Attorney