**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO.  19-519** |
| | : | |
| **JOHN KRAWCZYK** | : | |

# ORDER

**AND NOW**, this 30th day of March 2020, it is **ORDERED** we **amend** our March 30, 2020 Order (ECF Doc. No. 22) <u>only</u> to reschedule the sentencing hearing to begin at **12:00 P.M.** on July 14, 2020. All other aspects of our March 30, 2020 Order (ECF Doc. No. 22) remain in effect.

**KEARNEY, J.**