**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO.   19-519** |
| | : | |
| **JOHN KRAWCZYK** | : | |

## ORDER

**AND NOW**, this 15th day of June 2020, mindful of Federal guidelines on distancing to mitigate COVID-19 effects, our March 30, 2020 and April 24, 2020 Orders (ECF Doc. Nos. 22 & 24), and finding we cannot proceed to sentencing in compliance with the current scheduling protocols at this time, it is **ORDERED** we **adjourn** the July 14, 2020 sentencing to be rescheduled in compliance with evolving hearing protocols.

**KEARNEY, J.**