# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 19-519** |
| | : | |
| **JOHN KRAWCZYK** | : | |

# ORDER

**AND NOW**, this 21st day of December 2020, mindful of Federal guidelines on distancing to mitigate COVID-19 effects, the complexities of this matter and finding we cannot proceed to sentencing in compliance with the current scheduling protocols at this time, it is **ORDERED** we **adjourn** the January 14, 2021 sentencing to be rescheduled in compliance with evolving hearing protocols.

_____
**KEARNEY, J.**