IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: 5/11/2021 |
| vs. | : | |
| JOHN KRAWCZYK | : | Criminal No. 19-519 |
| 704 Ross Drive | | |
| Feasterville Trevose PA 19053 | | |

     **TAKE NOTICE** that the above-entitled case has been set for  Sentencing  in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on  June 7, 2021  at  9:00 a.m.  before the Honorable  Mark A. Kearney , in courtroom 8A, 8th floor.

     **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

     If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

NO INTERPRETER REQUIRED
THIS PROCEEDING HAS BEEN RESCHEDULED FROM,

                                                    Very truly yours,

                                                    Ulrike Hevener
                                                  Deputy Clerk to Judge Kearney


                                                  Notice to:
                                                  Defendant
                                                  Defense Counsel
                                                  A.U.S.A.
                                                  U.S. Marshal
                                                  Probation Office
                                                  Pretrial Services
                                                  Crystal Wardlaw

Cr 4 (rev. 8/97)