IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| v. | : NO. 19-519 |
| JOHN KRAWCZYK | : |

## ORDER

**AND NOW**, this 19th day of July 2021, upon considering the unopposed Request for a return of his passport and confirming the passport is in the possession of the Clerk's Office, it is **ORDERED** our Clerk of Court shall return the passport to John Krawczyk. Mr. Krawczyk shall contact the Clerk's Office for the Eastern District of Pennsylvania to make arrangements for the return of his passport.

_____
KEARNEY, J.